# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DE'EGDRA SMITH & RANDRICKA TAYLOR,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORPS. SECURITY SERVICES, INC.; PETE COTTRELL; AND BYLENCIA WILLIAMS<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>1:17-cv-00681-RWS |

## STIPULATION OF DISMISSAL

COMES NOW, counsel to Plaintiffs and Defendants in the above-styled matter, and show that the terms of the settlement agreement have been fully performed. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs hereby dismiss the above-styled civil action WITH PREJUDICE.

Submitted: September 6, 2017.

| | |
|---|---|
| *s/ Dustin L. Crawford* | *s/Michael R. Hirsh* |
| Dustin L. Crawford | Michael R. Hirsh |
| Georgia Bar No. 758916 | Ga Bar No. 357220 |
| MAYS & KERR LLC | mrhirsh@hirshandheuser.com |
| 235 Peachtree Street NE | HIRSH & HEUSER LLC |
| North Tower | Suite 202 | 125 Town Park Drive |
| Atlanta, Georgia 30303 | Suite 300 |
| Telephone: (404) 855-3002 | Kennesaw, Ga 30144 |
| dustin@maysandkerr.com | |
| Counsel to Plaintiffs | Counsel to Defendants |

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DE'EGDRA SMITH & RANDRICKA TAYLOR, | |
| Plaintiffs, | CIVIL ACTION NO. 1:17-cv-00681-RWS |
| v. | |
| CORPS. SECURITY SERVICES, INC.; PETE COTTRELL; AND BYLENCIA WILLIAMS | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I certify that on September 6, 2017, I served a copy of the foregoing ***STIPULATION OF DISMISSAL*** with the Clerk of Court using the Court's CM/ECF system which will automatically send notification of such filing to all attorneys of record in this matter.

This: 6th Day of September, 2017.

*s/ Dustin L. Crawford*
Dustin L. Crawford
Ga. Bar No. 758916

2